FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TED SHARPENTER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AVISTA CORPORATION, ERIK J. ANDERSON, KRISTIANNE BLAKE, DONALD C. BURKE, REBECCA A. KLEIN, SCOTT H. MAW, SCOTT MORRIS, MARC RACICOT, HEIDI B. STANLEY, R. JOHN TAYLOR, JANET WIDMANN, HYDRO ONE LIMITED, OLYMPUS HOLDING CORP., and OLYMPUS CORP.,<br><br>Defendants. | NO. 2:17-cv-00336-SAB<br><br>**ORDER DISMISSING CASE** |

On December 18, 2017, Plaintiff filed a Notice of Voluntary Dismissal, ECF No. 6, pursuant to Fed. R. Civ. P. 41(a)(1)(i). Because no answer or summary judgment motion has been filed, the Notice is entered into the record and this case is dismissed without prejudice.

//

//

**ORDER DISMISSING CASE** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal, ECF No. 6, is **ENTERED** into the record.

2. The above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

3. Any pending motions are **DISMISSED AS MOOT**.

4. All trial dates and deadlines are **VACATED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** this file.

**DATED** this 20th day of December 2017.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** + 2